AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States District Court
Southern District of Texas
FILED

AUG 2 8 2014

David J. Bradley, Clerk

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  M- 14-1672 -M |
| Cassandra Marie Tenorio (Y.O.B. 1987) | ) | |
| Citizenship: United States | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 27, 2014_____ in the county of _____Hidalgo_____ in the _____Southern_____ District of _____Texas_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a), 846 | knowingly and intentionally possess with intent to distribute over 500 grams or more, that is approximately 3.12 kilograms of Cocaine, and did conspire to possess with intent to distribute 500 grams or more of Cocaine, a schedule II controlled substance.  3.81 |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Approved to file:
[signature]
AUSA
8-28-14

_____
Complainant's signature

Andrew J. Sneden, HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: _____08/28/2014_____ 8:24 am

_____
Judge's signature

City and state: _____McAllen, Texas_____

U.S. Magistrate Judge Peter Ormsby
Printed name and title

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

United States District Court
Southern District of Texas
FILED

AUG 2 8 2014

David J. Bradley, Clerk

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. M-14-1672-M |
| Cassandra Marie Tenorio (Y.O.B. 1987) | ) | |
| Citizenship: United States | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 27, 2014 _____ in the county of _____ Hidalgo _____ in the

____ Southern ____ District of ____ Texas ____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a), 846 | knowingly and intentionally possess with intent to distribute over 500 grams or more, that is approximately 3.12 kilograms of Cocaine, and did conspire to possess with intent to distribute 500 grams or more of Cocaine, a schedule II controlled substance. 3.81 |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Approved to file:
[signature]
AUSA
8-28-14

_____
*Complainant's signature*

Andrew J. Sneden, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 08/28/2014 ____ 5:24 am

_____
*Judge's signature*

City and state: _____ McAllen, Texas _____

U.S. Magistrate Judge Peter Ormsby
*Printed name and title*

On August 27, 2014, Cassandra Marie TENORIO, a United States Citizen (U.S.C.), attempted entry into the United States (U.S.) from Mexico via the Hidalgo, Texas Port of Entry (POE) in possession of 7 bricks containing 3.81 kilograms of a white powdery substance concealed in the firewall. All 7 bricks of the substance found concealed in the vehicle field tested positive for the characteristics of cocaine. U.S. Customs and Border Protection Officers (CBPOs) stated they discovered the narcotics in TENORIO'S vehicle after a K-9 alerted to the presence of the narcotics during secondary inspection and an X-ray inspection detected anomalies. U.S. Homeland Security Investigations, McAllen, Texas (HSI McAllen) Special Agents (SAs) were advised of the situation and responded to the Hidalgo, Texas POE.

HSI McAllen SAs advised TENORIO of her rights, on a pre-printed form in the English language. TENORIO stated she understood her rights and agreed to speak to HSI McAllen SAs without an attorney present.

TENORIO stated she crossed from the U.S. into Mexico to pick up her vehicle, a tan Dodge Neon, which she stated she owned and was registered in the state of Texas under her name. TENORIO stated she believed she was transporting "Jale" which she believes is slang for marijuana, but was never told exactly what she was transporting or where in the vehicle the narcotics were concealed. TENORIO stated she picked up the vehicle with the intent of crossing the vehicle into the U.S. and turning it over to someone who would transport it to the interior of the U.S. TENORIO received payment of approximately $2500 in cash for every load of narcotics she brought into the U.S. TENORIO stated she has crossed narcotics illegally into the U.S. from Mexico at least once a month for the last year.